

# Service of Process Transmittal

12/22/2020
CT Log Number 538779602

| | |
|---|---|
| **TO:** | John Verscaj, Private Litigation Counsel<br>Kraft Heinz Foods Company<br>218 Exmoor Ave.<br>Glen Ellyn, IL 60137 |
| **RE:** | **Process Served in Kentucky** |
| **FOR:** | Mondelez Global LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | JAMES CLAY WAGERS, Pltf. vs. Mondelez Global LLC, etc., Dft. |
| DOCUMENT(S) SERVED: | - |
| COURT/AGENCY: | None Specified<br>Case # 20CI03753 |
| NATURE OF ACTION: | Employee Litigation - Wrongful Termination |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Frankfort, KY |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 12/22/2020 postmarked on 12/17/2020 |
| JURISDICTION SERVED: | Kentucky |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 12/22/2020, Expected Purge Date: 12/27/2020 |
| | Image SOP |
| | Email Notification,  Ellen Smith  ellen.smith@mdlz.com |
| | Email Notification,  Kevin Brennan  Kevin.Brennan@mdlz.com |
| | Email Notification,  Melissa Harrup  melissa.harrup@mdlz.com |
| | Email Notification,  John Verscaj  john.verscaj@verscajlaw.com |
| REGISTERED AGENT ADDRESS: | C T Corporation System<br>306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601<br>866-331-2303<br>CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other



# Service of Process Transmittal
12/22/2020
CT Log Number 538779602

| | |
|---|---|
| **TO:** | John Verscaj, Private Litigation Counsel<br>Kraft Heinz Foods Company<br>218 Exmoor Ave.<br>Glen Ellyn, IL 60137 |
| **RE:** | **Process Served in Kentucky** |
| **FOR:** | Mondelez Global LLC  (Domestic State: DE) |

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / MV



RETURN RECEIPT REQUESTED

9414 7266 9904 2967 7868 48

Vincent Riggs, Fayette Circuit Clerk
120 N. Limestone, Room C-103
Lexington, KY 40507-1152

CT CORPORATION
306 W. MAIN STREET, SUITE 512
FRANKFORT, KY 40601

U.S. POSTAGE >> PITNEY BOWES
ZIP 41011 $ 007.05
02 4W
0000371286 DEC. 17. 2020

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI  
Rev. 9-14  

Commonwealth of Kentucky  
Court of Justice   Courts.ky.gov  

CR 4.02; Cr Official Form 1 | 

**CIVIL SUMMONS** | Case #: **20-CI-03753**  
Court: **CIRCUIT**  
County: **FAYETTE** |

*Plantiff,* **WAGERS, JAMES CLAY VS. MONDELEZ GLOBAL, LLC D/B/A MONDELEZ I**, *Defendant*

TO:   **CT CORPORATION**
   **306 W. MAIN STREET, SUITE 512**
   **FRANKFORT, KY 40601**

Memo: Related party is MONDELEZ GLOBAL, LLC D/B/A MONDELEZ INTERNATIONAL, INC.

The Commonwealth of Kentucky to Defendant:
**MONDELEZ GLOBAL, LLC D/B/A MONDELEZ INTER**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Vincent Riggs
Fayette Circuit Clerk
Date: **12/16/2020**

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____

Served By _____

Title _____

Summons ID: 302276320820759@00000943710
CIRCUIT: 20-CI-03753 Certified Mail
WAGERS, JAMES CLAY VS. MONDELEZ GLOBAL, LLC D/B/A MONDELEZ I



Page 1 of 1



Filed          20-CI-03753          12/16/2020                    Vincent Riggs, Fayette Circuit Clerk

COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
DIVISION ____
CIVIL ACTION NO. 20-CI-_____
*(Electronically Filed)*

JAMES CLAY WAGERS                                        PLAINTIFF

v.

MONDELEZ GLOBAL, LLC,
D/B/A MONDELEZ INTERNATIONAL, INC.           DEFENDANT

SERVE:     CT CORPORATION SYSTEM
                306 W. MAIN STREET, SUITE 512
                FRANKFORT, KY 40601

---

**COMPLAINT**

---

Comes the Plaintiff, James Clay Wagers ("Wagers"), by and through counsel, and for his Complaint against Mondelez Global, LLC, d/b/a Mondelez International, Inc. ("Mondelez"), states as follows:

**PARTIES**

1. Wagers is an individual who is, and has at all relevant times been, a citizen of the Commonwealth of Kentucky.

2. Mondelez is a foreign Limited Liability Company of Illinois with a principal administrative office located at 905 West Fulton Market, Suite 200, Chicago, IL 60607, with a registered agent for service of process located at CT Corporation System, 306 W. Main Street, Suite 512, Frankfort, KY 40601.

3. Mondelez is an Active For-Profit entity in Good Standing in the Commonwealth of Kentucky.

4. Mondelez is engaged in the business of selling foods to grocers in the Commonwealth of Kentucky and maintains offices in the Commonwealth.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this matter, and venue is appropriate because the act complained of herein occurred in Kentucky and the damages are in excess of the jurisdictional limits of this Court.

## FACTS

6. This is a civil action for damages brought by Wagers, a former employee of Mondelez, who was terminated from his employment with Mondelez based on his age.

7. Wagers began employment with Mondelez's predecessor, and reached his 30 year work anniversary on March 5, 2020.

8. Mondelez wrongfully terminated Wagers' employment on April 10, 2020.

9. Wagers is and has been an employee within the meaning of KRS 344.030 at all times complained of herein.

10. Mondelez is and has been an employer within the meaning of KRS 344.030(2) at all times complained of herein.

11. Wagers had an excellent record with high sales performances, and award-winning sales performances in 2012 and 2018.

12. Wagers was the leader of his sales team.

13. Despite his ample experience, knowledge, and high performance, Mr. Wagers was subjected to antagonizing comments from Mondelez agents or officers about his age.

2

4829-8436-2963, v. 1

14. Around March 2016, Mondelez senior leader Tom Davis, referred to Mr. Wagers as the "old timer" in a group setting for the purpose of embarrassing and demeaning Mr. Wagers.

15. Around June 2017, Tom Davis again referred to Mr. Wagers as the "old guy" in a group setting and singled him out to read small-type print, which was difficult and embarrassing for Mr. Wagers to attempt with his maturing eye sight.

16. In May 2019, Mondelez treated Wagers' sales team to a work retreat.

17. At the above-referenced retreat, Gary Seagraves, a Mondelez VP, intentionally excluded Wagers from a team dinner and limousine ride to embarrass him. At the dinner, upon information and belief, Gary Seagraves made comments to the sales team disparaging Wagers and expressing intent to force Wagers out due to his age.

18. In the past, Wagers has been instructed by Mondelez's senior leadership to put unattainably high sales goals on sales representatives under his command, so that Mondelez could terminate the sales representatives' employment with the pretext of "failing to meet sales objectives."

19. Upon information and belief, Mondelez arbitrarily inflated certain employee's sales objectives, for the purpose of terminating their employment. Employees terminated in this way were usually older individuals.

20. Wagers was similarly given unattainable goals so that Mondelez could manufacture a reason to terminate him.

21. In the time leading up to his wrongful termination, Mr. Wagers was seeking worker's compensation to which he was legally entitled for an injury.

3

4829-8436-2963, v. 1

22. In the April 10, 2020, termination letter, Mondelez references Wagers' failure to "follow up consistently", and failure to "deliver proper communication", among other vague allegations.

23. When Mondelez terminated Wagers' employment, he was 57 years of age.

24. Mondelez replaced Wagers with an individual who is substantially younger than Wagers.

25. Since his wrongful termination, Wagers has sought employment through many job applications in the industry and similar fields of business that Mondelez operates in, to no avail.

26. Upon information and belief, Mondelez agents, officers, and/or employees, have "blackballed" Wagers from the industry, intentionally inhibiting his ability to gain employment, by suggesting to potential employers that they should not hire Wagers.

### COUNT ONE
### *Age Discrimination in Violation of the*
### *Kentucky Civil Rights Act*

27. Wagers incorporates each of the preceding paragraphs as if fully set out herein.

28. Wagers, because of his age, was a member of a protected class.

29. Mondelez discharged Wagers.

30. Wagers was qualified for the position from which Mondelez discharged him.

31. Mondelez replaced Wagers with a substantially younger person.

32. Mondelez's actions, through its agents and/or employees, constitute violations of the Kentucky Civil Rights Act, KRS 344.010, *et seq.*

4

4829-8436-2963, v. 1

## COUNT TWO
### *Retaliation in Violation of the*
### *Kentucky Civil Rights Act*

33. Wagers incorporates each of the preceding paragraphs as if fully set out herein.

34. Wagers engaged in activity protected by the Kentucky Civil Rights Act.

35. Mondelez was aware of Wagers' protected activity.

36. Mondelez took adverse action against Wagers.

37. There was a causal connection between Wagers' protected activity and Mondelez's adverse employment action.

38. Mondelez's actions, through its agents and/or employees, constitute unlawful retaliation in violation of the Kentucky Civil Rights Act, KRS 344.010, *et seq*.

## COUNT THREE
### *Discrimination in Violation of*
### *Kentucky's Workers' Compensation Laws*

39. Wagers incorporates each of the preceding paragraphs as if fully set out herein.

40. Wagers engaged in activity protected by Kentucky's Workers' Compensation laws.

41. Mondelez discriminated against Wagers in violation of Kentucky's Workers' Compensation laws.

42. There was a causal connection between Wagers' protected activity and Mondelez's adverse employment action.

43. Mondelez's actions, through its agents and/or employees, constitute unlawful discrimination in violation of KRS 342.001, *et seq*, specifically, KRS 342.197(1).

5

4829-8436-2963, v. 1

## COUNT FOUR
### *Intentional Infliction of Emotional Distress*

44. Wagers incorporates each of the preceding paragraphs as if fully set out herein.

45. Mondelez, through the actions of its agents and/or employees acted intentionally or recklessly towards Wagers.

46. Mondelez's conduct was outrageous and intolerable in that it offends against the generally accepted standards of decency and morality.

47. Mondelez's conduct inflicted severe emotional distress upon Wagers.

**WHEREFORE**, James Clay Wagers prays for relief as follows:

A. An order of back pay, front pay, damages for lost compensation and job benefits that Plaintiff would have received but for Mondelez's discriminatory practices herein described;

B. Compensatory damages for emotional distress, humiliation, embarrassment and anguish;

C. Reasonable attorney fees, costs and expenses herein incurred;

D. Pre- and post-judgment interest on any judgment amounts;

E. Trial by jury; and

F. Any and all other relief to which this Plaintiff may be entitled.

6

4829-8436-2963, v. 1

Filed          20-CI-03753          12/16/2020          Vincent Riggs, Fayette Circuit Clerk

Respectfully submitted,

Leslie P. Vose (Bar No. 53843)
Austin J. Flaugh (Bar No. 98053)
LANDRUM & SHOUSE LLP
P.O. Box 951
Lexington, KY 40588-0951
Telephone: (859) 255-2424
lvose@landrumshouse.com
aflaugh@landrumshouse.com

BY:   */s/ Leslie P. Vose*
      *Counsel for James Clay Wagers*

7

4829-8436-2963, v. 1

Filed          20-CI-03753          12/16/2020          Vincent Riggs, Fayette Circuit Clerk

Package:000009 of 000009

Presiding Judge: HON. KIMBERLY BUNNELL (622203)

Package : 000009 of 000009

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>01/21/2021<br>Case #: **20-CI-03753**<br>Court: **CIRCUIT**<br>County: **FAYETTE** |

*Plantiff,* **WAGERS, JAMES CLAY VS. MONDELEZ GLOBAL, LLC D/B/A MONDELEZ I**, *Defendant*

TO:   **CT CORPORATION**
      **306 W. MAIN STREET, SUITE 512**
      **FRANKFORT, KY 40601**

Memo: Related party is MONDELEZ GLOBAL, LLC D/B/A MONDELEZ INTERNATIONAL, INC.

The Commonwealth of Kentucky to Defendant:
**MONDELEZ GLOBAL, LLC D/B/A MONDELEZ INTER**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ Vincent Riggs*
Fayette Circuit Clerk
Date: **12/16/2020**

Presiding Judge: HON. KIMBERLY BUNNELL (622203)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____         _____
                                         Served By

                                         _____
                                         Title

Summons ID: @00000943710
CIRCUIT: 20-CI-03753 Certified Mail
WAGERS, JAMES CLAY VS. MONDELEZ GLOBAL, LLC D/B/A MONDELEZ I



Page 1 of 1

eFiled

CI : 000001 of 000001

# Commonwealth of Kentucky
## Vincent Riggs, Fayette Circuit Clerk



NOT ORIGINAL DOCUMENT
01/21/2021 11:48:13 AM
83370

**Case #:** 20-CI-03753   **Envelope #:** 3022763

**Received From:** LESLIE VOSE   **Account Of:** LESLIE VOSE

**Case Title:** WAGERS, JAMES CLAY VS. MONDELEZ GLOBAL, LLC D/B/A MONDELEZ I   **Confirmation Number:** 118085205

**Filed On** 12/16/2020  11:14:41AM

| # | Item Description | Amount |
|---|---|---|
| 1 | Access To Justice Fee | $20.00 |
| 2 | Civil Filing Fee | $150.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Library Fee | $1.00 |
| 5 | Court Facilities Fee | $25.00 |
| 6 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 7 | Charges For Services(Jury Demand / 12) | $70.00 |
| 8 | Money Collected For Others(Postage) | $12.50 |
| 9 | Charges For Services(Copy - Photocopy) | $0.90 |
| | **TOTAL:** | **$304.40** |

Generated: 12/17/2020   Page 1 of 1

NOT ORIGINAL DOCUMENT
01/21/2021 11:49:36 AM
83370

Commonwealth of Kentucky
Court of Justice www.courts.ky.gov



**RANDOM JUDGE ASSIGNMENT**

FAYETTE COUNTY

Court: FAYETTE CIRCUIT COURT - CIVIL CASES [FCCCC]

Case Style: TBD

Case Number: 20-CI-03753

This case has been assigned to: HON. KIMBERLY BUNNELL [622203]

*Vincent Riggs*

**Vincent Riggs, Fayette Circuit Clerk**
**12/17/2020 8:13:13 AM**

**COMMONWEALTH OF KENTUCKY**
**FAYETTE CIRCUIT COURT**
**CIVIL ACTION NO. 20-CI-3753**

**JAMES CLAY WAGERS,**

   **Plaintiff,**

 **v.**

**MONDELEZ GLOBAL, LLC,**

   **Defendant.**

## STIPULATION GRANTING EXTENSION OF TIME FOR DEFENDANT MONDELEZ GLOBAL, LLC TO MOVE, PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

The parties hereby stipulate that Defendant Mondelez Global, LLC shall have an additional 20 days, up to and including January 25, 2021, to move, plead, or otherwise respond to Plaintiff James Clay Wagers' Complaint in the above-captioned case.

              Respectfully submitted,

| | |
|---|---|
| */s/ Austin J. Flaugh (with email permission)* | */s/ Katharine C. Weber* |
| Leslie P. Vose (Bar No. 53843) | Katharine C. Weber (Bar No. 83370) |
| Austin J. Flaugh (Bar No. 98053) | Morgan A. Davenport (Bar No. 97207) |
| LANDRUM & SHOUSE LLP | Jackson Lewis P.C. |
| P.O. Box 951 | 201 E. Fifth Street, 26th Floor |
| Lexington, KY 40588 | Cincinnati, OH 45202 |
| Telephone: (859)-255-2424 | Telephone: (513) 898-0050 |
| Email: lvose@landrumshouse.com | Fax: (513) 898-0051 |
| aflaugh@landrumshouse.com | E-mail: Katharine.weber@jacksonlewis.com |
| | Morgan.Davenport@jacksonlewis.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Mondelez Global, LLC* |

1

## CERTIFICATE OF SERVICE

  I hereby certify that on January 8, 2021, a true and accurate copy of the foregoing was electronically filed with the Court's electronic filing system. A true and accurate copy of the foregoing will be sent via electronic mail to the following:

Leslie P. Vose (Bar No. 53843)
Austin J. Flaugh (Bar No. 98053)
LANDRUM & SHOUSE LLP
P.O. Box 951
Lexington, KY 40588
Telephone: (859)-255-2424
Email: lvose@landrumshouse.com
   aflaugh@landrumshouse.com

*Counsel for Plaintiff*

              */s/ Katharine C. Weber*
              Katharine C. Weber

4836-4345-7494, v. 1

Filed 20-CI-03753 01/08/2021 Vincent Riggs, Fayette Circuit Clerk